UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RABIH ABOUL EL HOSN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM; CALEB VITELLO; DREW BOSTOCK; UNITED STATES DEPARTMENT OF STATE; MARCO RUBIO,<br><br>Defendants. | CASE NO. 2:25-cv-00188-JNW<br><br>ORDER |

The Court raises this matter on its own accord. Under the Federal Rules of Civil Procedure, plaintiffs must—within 90 days of filing their complaint—perfect service of process upon each defendant and file proof of service with the Court. *See* Fed. R. Civ. P. 4(l), (m). Plaintiff Rabih Aboul El Hosn's complaint was filed on January 30, 2025. Dkt. No. 1. As such, the 90-day window for service has elapsed—and El Hosn has not filed proof of service with the Court. *See* Dkt.

Rather than dismiss this action for failure to prove service of process, the Court EXTENDS the time for El Hosn to prove service of process in compliance with the

**ORDER** - 1

Federal Rules. *See* Fed. R. Civ. P. 4(i) (providing rules for service of process on United States and its agencies and officers). The Court ORDERS El Hosn to perfect and prove service of process within FOURTEEN (14) days of this Order. Failure to do so may result in dismissal of this lawsuit.

It is so ORDERED.

Dated this 6th day of May, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER - 2