The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RABIH ABOUL EL HOSN, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of Homeland Security; CALEB VITELLO, Acting Director of U.S. Immigration and Customs Enforcement; DREW BOSTOCK, Field Office Director for Immigration and Customs Enforcement, Seattle; U.S. DEPARTMENT OF STATE; MARCO RUBIO, Secretary of State, <br><br> Defendants. | Case No. 2:25-cv-00188-JNW <br><br> STIPULATED MOTION AND [PROPOSED] ORDER TO STAY PROCEEDINGS |

Under Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, Plaintiff and Defendants stipulate and jointly move to stay this case for six months until January 15, 2026. Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION AND [PROPOSED] ORDER
TO STAY PROCEEDINGS
[Case No. 2:25-cv-00188-JNW] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Here, the parties ask for time to work toward a resolution that may resolve this case
2  without the need for judicial intervention, conserving the parties' and the Court's resources. The
3  parties agree an order by the Board of Immigration Appeals (BIA) reopening Plaintiff's
4  immigration proceedings restored his prior status as a legal permanent resident (LPR). Plaintiff
5  requires a replacement LPR card and intends to complete a necessary biometrics appointment
6  abroad to finalize his application for a replacement card. The parties request time for Plaintiff to
7  schedule and complete that appointment, and for U.S. Citizenship and Immigration Services
8  (USCIS) to adjudicate his application once completed. If USCIS is unable to adjudicate the
9  application by the time the stay expires, it will provide a status report to the Court. If the
10 application is approved, Plaintiff will dismiss this case, with each party to bear their own costs
11 and fees, if any.

**So stipulated.**

Respectfully submitted July 15, 2025,

*s/ Benjamin E. Stein*
BENJAMIN E. STEIN
Attorney for Plaintiff
SRR Law Group
600 25th Ave S. Ste 104
St. Cloud, MN 56301
Phone: 320-448-8060
Email: benjamin@srrlawgroup.com

—and—

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Annalisa L. Cravens*
ANNALISA L. CRAVENS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970

STIPULATED MOTION AND [PROPOSED] ORDER
TO STAY PROCEEDINGS
[Case No. 2:25-cv-00188-JNW] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Fax:   206-553-4067
Email: annalisa.cravens@usdoj.gov

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 1201
Tacoma, Washington 98402
Phone: 253-428-3824
Fax:   253-428-3826
Email: michelle.lambert@usdoj.gov

*Counsel for Defendants*

I certify this motion contains 252 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND [PROPOSED] ORDER
TO STAY PROCEEDINGS
[Case No. 2:25-cv-00188-JNW] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [PROPOSED] ORDER

It is hereby ORDERED the parties' motion is GRANTED.

DATED this 17th day of July, 2025.

_____
HON. JAMAL N. WHITEHEAD
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO STAY PROCEEDINGS
[Case No. 2:25-cv-00188-JNW] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970